IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARY JARONALD KELLY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL CASE No. 2:22-cv-655-ECM ) |
| ALABAMA DEPARTMENT OF CORRECTIONS, *et al.*, | ) ) ) |
| Defendants. | ) |

**O R D E R**

On July 3, 2023, the Magistrate Judge entered a Recommendation (doc. 19) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The Defendants' motion to dismiss (doc. 12) is GRANTED.

3. The Plaintiff's claims against Defendants Charmelle Luckie, Bradley Smoke, Joseph Evridge, Edward Ellington and Lancer Josey are DISMISSED with prejudice.

4. Defendants Charmelle Luckie, Bradley Smoke, Joseph Evridge, Edward Ellington and Lancer Josey are DISMISSED as defendants in this case.

5. This case is referred back to the Magistrate Judge for further proceedings.

Done this 31st day of July, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE